United States District Court
Southern District of Texas
**ENTERED**
May 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JORGE DE LA TORRE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-CV-00278 |
| § | |
| WELLS FARGO HOME MORTGAGE, INC., § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiff's claims against Defendant in this action are **DISMISSED** with prejudice.

Costs shall be borne by the party incurring the same.

All relief not expressly granted herein is **DENIED**.

SO ORDERED May 14, 2024, at McAllen, Texas.

_Randy Crane_
Randy Crane
Chief United States District Judge